

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roberto Valencia<br><br>Plaintiff,<br><br>V.<br><br>Southwest Carpenters Health and Welfare Trust<br><br>Defendant. | Civil Action No. 17-cv-01643-CAB-AGS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' Motion for Summary Judgment is Granted. Judgment shall be entered for Defendants and the Clerk of the Court shall Close the case. It is so Ordered.

Date: 5/31/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy